UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANKOANDA, | Case No.16-cv-00877-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| GARRETT, | |
| Defendant. | |

ORDER TO SHOW Cause for why the appeal should not be dismissed for failure to file a brief in accordance with the scheduling order, Dkt. No. 2, requiring that appellant shall serve and file a brief within 28 days after entry of appeal on the District Court's docket.

Plaintiff-Appellant shall file a response of no more than five pages by October 12, 2016.

**IT IS SO ORDERED.**

Dated: 10/5/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge